**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000387**
**16-NOV-2023**
**08:29 AM**
**Dkt. 13 ODSD**

NO. CAAP-23-0000387

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

L.Z., Plaintiff-Appellee, v.
J.Z., Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DV211000175)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before August 21, 2023, and September 18, 2023, respectively;

(2) Self-represented Defendant-Appellant J.Z. (**JZ**) failed to file either document, or request an extension of time;

(3) On September 26, 2023, the appellate clerk entered a default notice informing JZ that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 6, 2023, for appropriate action, which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and JZ could request relief from default by motion; and

(4) JZ has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, November 16, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge